**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

K. HAWKINS, on behalf of C.D.G., a minor,

      Plaintiffs,

v.                                    CASE NO.: 3:19-cv-362-J-34MCR

DUVAL COUNTY SCHOOL BOARD, and
LINDA S. HAGGARD, individually,

      Defendants.

_____/

## JOINT MOTION TO STAY PROCEEDINGS

The Parties respectfully request a stay of all proceedings and suspension of associated case management deadlines and requirements until May 17, 2019. The parties are currently engaged in settlement discussions related to all issues.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure 6 and 16, the Court is empowered to manage the cases within its docket so as to effectuate the economic use of judicial time, and may extend deadlines if a request is made before the original time expires.

This matter was removed from state court on March 29, 2019, and the Defendants have until April 5, 2019, to file their responsive pleadings. A case management order has not been issued. Recently, the Parties began to engage in meaningful settlement discussions in this case.

In the interest of conserving client and Court resources, the Parties jointly seek a stay of all proceedings until May 17, 2019, to see if a settlement can be reached without further litigation.

This Motion is filed in good faith and not for dilatory purposes, and the Parties agree that, if granted, the relief herein requested would enhance their ability to resolve this controversy in a

fair and efficient manner while preserving the Court's own resources.

Respectfully submitted this 4th day of April, 2019 by:

/s/ *Stephanie Langer*
Stephanie Langer, Esq.
Fla. Bar No. 149720
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, Florida 33133
Phone: (305) 669-2822
Fax: (305) 442-4181
SLanger@justdigit.org
aa@justdigit.org
*Attorney for Plaintiff*

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

/s/ *Rita M. Mairs*
**RITA M. MAIRS**
Chief, General Litigation
Florida Bar No.: 0560960
Email: mairsr@coj.net
**ADINA TEODORESCU**
Assistant General Counsel
Florida Bar No.: 784761
Email: Teodores@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
*Attorneys for Defendant DCSB*

/s/ *Stephen J. Powell*
**STEPHEN J. POWELL**
Chief, Tort & Employment Litigation
Florida Bar No.: 305881
Email: SPowell@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
*Attorney for Defendant Haggard*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2019, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing

document and notice of electronic filing by first-class mail to the following non-CM/ECF

participants: N/A.

/s/ *Rita M. Mairs*
**RITA M. MAIRS**