UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

K. HAWKINS, on behalf of C.D.G., a minor,

    Plaintiffs,

v.                                CASE NO.: 3:19-CV-362-J-34MCR

DUVAL COUNTY SCHOOL BOARD, and
LINDA S. HAGGARD, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have agreed to resolve this matter through an amicable settlement. The parties are drafting a written agreement and will submit appropriate closing documents to the Court immediately thereafter.

Respectfully submitted on this 21st day of June, 2019.

By: /s/ *Stephanie Langer*
Stephanie Langer, Esq.
Fla. Bar No. 149720
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, Florida 33133
Phone: (305) 669-2822
Fax: (305) 442-4181
SLanger@justdigit.org
aa@justdigit.org
*Attorney for Plaintiff*

By: /s/ *Rita M. Mairs*
**RITA M. MAIRS**
Chief, General Litigation
Florida Bar No.: 0560960
Email: mairsr@coj.net
**ADINA TEODORESCU**
Assistant General Counsel
Florida Bar No.: 784761
Email: Teodores@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
*Attorneys for Defendant DCSB*

*/s/ Stephen J. Powell*
**STEPHEN J. POWELL**
Chief, Tort & Employment Litigation
Florida Bar No.: 305881
Email: SPowell@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
*Attorney for Defendant Haggard*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsels of records.

By: */s/ Stephanie L. Langer*
Stephanie L. Langer, Esq.
Fla. Bar. No.: 149720
DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone (305) 669-2822
Facsimile (305) 442-4181
mdietz@justdigit.org
aa@justdigit.org