**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

K. HAWKINS, on behalf of
C.D.G., a minor,

        Plaintiffs,

v.                              CASE NO.:    3:19-cv-00362-J-34MCR

DUVAL COUNTY SCHOOL BOARD,
and LINDA S. HAGGARD, individually,

        Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsels, that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties:

        Dated: August 23, 2019.

| | |
|---|---|
| **DISABILITY INDEPENDENCE GROUP, INC.** | **OFFICE OF GENERAL COUNSEL CITY OF JACKSONVILLE** |
| */s/ Stephanie Langer* | */s/ Rita M. Mairs* |
| Stephanie Langer, Esquire | **RITA M. MAIRS** |
| Fla. Bar No.: 149720 | Chief, General Litigation |
| 2990 Southwest 35th Avenue | Florida Bar No.: 0560960 |
| Miami, Florida 33133 | Email: mairsr@coj.net |
| Phone: (305) 669-2822 | **ADINA TEODORESCU** |
| Fax: (305) 442-4181 | Assistant General Counsel |
| SLanger@justdigit.org | Florida Bar No.: 784761 |
| aa@justdigit.org | Email: Teodores@coj.net |
| *Attorney for Plaintiff* | 117 West Duval Street, Suite 480 |
| | Jacksonville, Florida 32202 |
| | Telephone: (904) 255-5100 |
| | *Attorneys for Defendant DCSB* |

/s/ Stephen J. Powell
**STEPHEN J. POWELL**
Chief, Tort & Employment Litigation
Florida Bar No.: 305881
Email: SPowell@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
*Attorney for Defendant Haggard*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ Rita M. Mairs
**RITA M. MAIRS**
